ANNIE SEIDMAN, Respondent, v. MAX BRIMBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. MAYER WALLACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ROSA KOHN, Respondent, v. ISIDOR KOHN, Appellant.— Order modified by reducing alimony to twenty-five dollars per week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MINNIE FLAM, Respondent, v. ISAK FLAM, Appellant.— Order modified by reducing alimony to $25 per week, and counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MAURICE J. CROSS and Another, Respondents, v. WINTER & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

JOHN B. J. GIBBS, Respondent, v. AARON KREIZEL and Another, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order, with leave to plaintiff to serve amended complaint if so advised. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FELS & COMPANY, Respondent, v. PHILIPPINE VEGETABLE OIL COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, and the order dated April 30, 1920, for examination before trial vacated. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

OSCAR UNZ, Respondent, v. WILLIAM E. FITZGERALD, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH EDELS v. ENTERPRISE TINWARE COMPANY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of EMPIRE STATE SURETY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LEON TANENBAUM and Others v. DETROIT, TOLEDO AND IRONTON RAILROAD COMPANY and Others.— Motions to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.